IN RE RESIGNATION OF HARTWELL.

[Cite as *In re Resignation of Hartwell* (1996), 75 Ohio St.3d 1202.]

(No. 96–400—Submitted and decided March 6, 1996.)

The resignation as an attorney of Leda Cossack Hartwell, a.k.a. Leda M. Hartwell, of Westerville, Ohio, Attorney Registration No. 0020828, is accepted.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.